**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **KIP R. GIBBS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **1:11-cv-150-GZS** |
| | ) | |
| **DOROTHEA DIX AND THE** | ) | |
| **STATE OF MAINE,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 21) filed August 3, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (Docket No. 10) is **GRANTED** as to the federal claims.  This Court declines exercising supplemental jurisdiction over any possible state law claims and as such, it is **ORDERED** that those claims are **DISMISSED WITHOUT PREJUDICE**.

_/s/ George Z. Singal_____
United States District Judge

Dated this 26th day of August, 2011.